FILED
1999 SEP 28 AM 9:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROBERT JOHNSON BAKER, Jr., | ) |
| Plaintiff, | ) |
| vs. | ) CV 97-BU-0214-M |
| SONNY RIDDLE, et al., | ) |
| Defendants. | ) |

ENTERED
SEP 28 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 9, 1999, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on September 21, 1999.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly,

---

[1] Because prisoners proceeding *pro se* have virtually no control over the mailing of their pleadings, their pleadings are deemed to be filed at the time the prisoner delivers the pleading to prison or jail officials to be mailed. *See Houston v. Lack*, 487 U.S. 266, 270-72 (1988). Plaintiff states in his objections that the objections were placed in the inmate mail on September 21, 1999. The court will therefore deem plaintiff's objections to have been filed on September 21, 1999. (The objections were not received by this court until September 24, 1999.)

defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 27th day of September, 1999.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE